IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| TAVARRES HENDERSON, | ) |
| Petitioner, | ) |
| v. | ) CV 123-015 |
| BRIAN K. CHAMBERS, | ) |
| Respondent. | ) |

**O R D E R**

Petitioner has failed to file a response to Respondent's motion to dismiss, (doc. no. 10), and the Court is reluctant to rule on this motion without first hearing from Petitioner. Under Loc. R. 7.5, failure to respond to a motion generally indicates that the motion is unopposed; nevertheless, the Court recognizes that Petitioner is acting *pro se* in this litigation and that Respondent's motion is dispositive in nature. Therefore, the Court **ORDERS** Petitioner to file a response to the motion to dismiss within fourteen days. Thereafter, the Court will rule on the motion, and if Petitioner still fails to respond, the Court will deem the motion unopposed. See Loc. R. 7.5. The Clerk is directed to notify the Court of the status of this case at the expiration of the fourteen days.

SO ORDERED this 9th day of June, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA